FILED
7/9/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:24-cr-00335
Judge Manish S. Shah
Magistrate Judge Jeffrey Cole
RANDOM / Cat. 4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCOS TORRES, a/k/a "Marcos Torres Loera," "Marcos Antonio Torres," and "Mexico,"<br>MARCOS TORRES, a/k/a "Mexico's Son",<br>BRYAN SUAREZ,<br>SARA MORRIS, a/k/a "Serafina,"<br>PRESTON OWEN, and<br>HUGO STEVEN DE LA CRUZ CORONA | No.<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846<br><br>**UNDER SEAL** |

**COUNT ONE**

The SPECIAL MAY 2024 GRAND JURY charges:

1. Beginning no later than in or about July 2020, and continuing until at least in or about June 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARCOS TORRES, a/k/a "Marcos Torres Loera," "Marcos Antonio Torres," and "Mexico,"
MARCOS TORRES, a/k/a "Mexico's Son,"
BRYAN SUAREZ,
SARA MORRIS, a/k/a "Serafina," and
PRESTON OWEN

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States

Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

2. With respect to MARCOS TORRES, a/k/a "Mexico's Son," BRYAN SUAREZ, and SARA MORRIS, the offense involved 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

3. With respect to MARCOS TORRES, a/k/a "Marcos Torres Loera," "Marcos Antonio Torres," and "Mexico," the offense involved 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about July 22, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

PRESTON OWEN,

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT THREE

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about August 11, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SARA MORRIS, a/k/a "Serafina,"

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

**COUNT FOUR**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about August 14, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARCOS TORRES, a/k/a "Mexico's Son,"
and
BRYAN SUAREZ,

defendants herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

**COUNT FIVE**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about October 29, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

HUGO STEVEN DE LA CRUZ CORONA,

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

______________________________
FOREPERSON

______________________________
Signed by Erika L. Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY